UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONOVAN M. GARLETTS,<br><br>Plaintiff,<br><br>v.<br><br>STUDENT ADVOCATES LLC,<br><br>Defendant. | CASE NO. 1:16-cv-03337 |

# COMPLAINT

## I. INTRODUCTION

1. This is an action to enjoin the violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by Defendant Student Advocates LLC ("Student Advocates") as to Plaintiff, Donovan M. Garletts, and for statutory and treble damages for violation of the TCPA by Student Advocates.

## II. JURISDICTION

2. Jurisdiction of this court arises under 47 U.S.C. § 227 and 28 U.S.C. § 1331.

## III. PLAINTIFF

3. Plaintiff Donovan M. Garletts is a natural person residing in Michigan City, Indiana; at all times relevant herein, Mr. Garletts was a "person" as that term is defined in 47 U.S.C. § 153(39).

## IV. DEFENDANT

4. Student Advocates is a for-profit foreign limited liability company with its principal place of business in Costa Mesa, California; at all times relevant herein, Student Advocates was a "person" as that term is defined in 47 U.S.C. § 153(39).

## V. STATEMENT OF FACTS

5. Plaintiff has a personal cell phone number of 219-613-0876.

6. 219-613-0876 was registered with the National Do Not Call Registry on June 18, 2006.

7. Plaintiff has no contractual or other relationship with Student Advocates.

8. At no time did Plaintiff give Student Advocates prior express consent to call his cell phone.

9. On or about September 20, 2016, Plaintiff received an autodialed telephone call to his cell phone from Student Advocates; Plaintiff spoke with a representative of Student Advocates at that time and requested that his number be placed on Student Advocates' internal do not call list.

10. Student Advocates thereafter placed numerous non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent.

11. Many of the calls came in while Plaintiff was at work, which, even when unanswered, not only wasted Plaintiff's time but also invaded Plaintiff's privacy causing consternation and distress.

12. As a result of the unwanted calls, Plaintiff was compelled to send a certified letter (postage = $3.77) on or about October 11, 2016 to Student Advocates advising Student Advocates of their telephone calls that violated the TCPA.

## VI.   CLAIMS FOR RELIEF

### A.  Telephone Consumer Protection Act

13. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through twelve above.

14. Defendant violated the TCPA.  These violations include, but are not limited to:

    a. Calling Plaintiff at a telephone number assigned to a cellular telephone service using an automatic telephone dialing system or an artificial or prerecorded voice, not for emergency purposes, and without prior express consent.

15. The foregoing violations were knowing and willful.

16. As a result of these violations of the TCPA, Defendant is liable to Plaintiff for his statutory and treble damages and all other appropriate relief.

17. Plaintiff is entitled to an injunction ordering Defendant to cease violating the TCPA with regard to Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant in an amount that will compensate him for his statutory damages, treble damages, costs and all other appropriate relief.

Respectfully submitted,


*s/ Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461
robert@robertdufflaw.com